68 So.2d 927

Cecil H. WOMBLE

v.

STATE.

6 Div. 753.

Court of Appeals of Alabama.

Oct. 14, 1953.

Crampton Harris and P. P. Vacca, Birmingham, for appellant.

Si Garrett, Atty. Gen., for the State.

PER CURIAM.

Reversed and remanded.

68 So.2d 926

Cecil H. WOMBLE

v.

STATE.

6 Div. 744.

Court of Appeals of Alabama.

Oct. 14, 1953.

Crampton Harris and P. P. Vacca, Birmingham, for appellant.

Si Garrett, Atty. Gen., for the State.

PER CURIAM.

Reversed and remanded.